# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 9, 2009

137437

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

RAQUEL RODRIGUEZ,
      Plaintiff-Appellee,
and

PACIFIC EMPLOYERS INSURANCE,
      Intervening Plaintiff-Appellant,

v

A.S.E. INDUSTRIES, INC.,
      Defendant, Cross-Plaintiff,
and

AMERICAN AXLE & MANUFACTURING
HOLDINGS, INC., and AMERICAN AXLE &
MANUFACTURING, INC.,
      Defendants, Cross-Defendants,

and

DESIGN SYSTEMS, INC., INNOVATIVE
ENGINEERING, INC., and PMI
MANAGEMENT GROUP, INC.,
      Defendants.

SC: 137437
COA: 285437
Wayne CC: 02-231906-CZ

_____/

On order of the Court, the application for leave to appeal the September 23, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

HATHAWAY, J., not participating.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 9, 2009

Clerk